Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Elizabeth Ziegler Young
for the United States Trustee
elizabeth.a.young@usdoj.gov

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **VDR Multifamily LLC,** | § | **Case No. 25-33888-SWE-11** |
| | § | |
| **Debtor-in-Possession.** | § | **Expedited hearing to be requested** |

### UNITED STATES TRUSTEE'S MOTION TO DISMISS UNDER 11 U.S.C. § 1112(b)

TO THE HONORABLE SCOTT W. EVERETT, UNITED STATES BANKRUPTCY JUDGE:

Lisa L. Lambert, the United States Trustee for Region 6 (the "**United States Trustee**"),

moves to dismiss this case under 11 U.S.C. § 1112(b) (the "**Motion**").  The United States Trustee

would show:

### OVERVIEW

The Debtor filed bankruptcy to stop foreclosure on a poorly maintained 141-unit apartment

complex in Dallas, Texas that poses safety risks to both its tenants and the public.  As of the filing

date, the apartment complex had been under the control of a state court-appointed receiver who

was in the process of addressing the complex's numerous life and safety issues.  The Debtor has

not provided the United States Trustee with adequate proof of liability and property insurance on

its apartment complex located in Dallas, Texas.  Cause exists to dismiss this case for lack of

insurance and because the Debtor has no reasonable likelihood of reorganization.

### JURISDICTION

This Court has subject matter jurisdiction under 28 U.S.C. § 1334, 28 U.S.C. § 157(a), and

the standing order of reference. A motion to dismiss or appoint a chapter 11 trustee is a core matter. 28 U.S.C. § 157(b)(2)(A), (O).

## BACKGROUND

1. On October 5, 2025 (the "**Petition Date**"), VDR Multifamily, LLC (the "**Debtor**") filed a voluntary chapter 11 petition, commencing case no. 25-33888-swe11 in the United States Bankruptcy Court for the Northern District of Texas. [ECF No. 1].

2. Jose Delmendo, Jr. ("**Mr. Delmendo**") signed the Debtor's petition as president. [ECF No. 1 at 7].

3. The Debtor owns two properties: a) an apartment complex, Villas Del Rey Apartments, located at 8117 Barclay St, Dallas, TX 75227 (the "**Apartment Complex**"); and b) a house located at 4815 Coolidge Avenue, Culver City, CA (the "**House**").

4. The Debtor has not filed schedules or a statement of financial affairs, which are due on November 7, 2025. [ECF No. 15].

### *State court judge appoints Receiver*

5. On May 20, 2025, secured lender Wilmington Trust (the "**Lender**"), sued the Debtor in Dallas County District Court, 160th Judicial District, case no. DC-25-08099 (the "**State Court Lawsuit**") for breach of contract and sought appointment of a receiver. [ECF No. 16 (the "**Receiver Motion**"].

6. On July 8, 2025, the State Court appointed Chris Neilsen (the "**Receiver**") as the receiver.

7. The receivership order grants the Receiver broad powers, including the "full power and authority to operate, manage and conserve [the] Property." [ECF No. 16-11 at 3, Receiver Motion, Exhibit K].

8.      On October 20, 2025, the Lender moved for an order excusing the Receiver's compliance with 11 U.S.C. § 543(a) (the "**Receiver Motion**"). [ECF No. 16].

***Receiver reports that the Apartment Complex is in poor condition and poses safety risks***

9.      The Lender attached the Receiver's Declaration (the "**Declaration**" at ECF 16-1) to its Receiver Motion, which states that the Apartment Complex, which consists of 141 units, was "substantially below any commercially reasonable standard, evidencing the Debtor's severe ineffectiveness and neglect."  Declaration at ¶¶ 5; 7.

10.     The Receiver's findings included (but were not limited) to the following:

      a.  The City of Dallas had cited the Apartment Complex for "numerous exterior and interior city code violations outstanding affecting over 25 units." Declaration at ¶ 8(f).

      b.  Several units were offline for a variety of reasons, including water damage, mold growth, non-working appliances, and other structural damage posing health and safety concerns.  Declaration at ¶ 8(a).

      c.  The Apartment Complex's HVAC chiller had been broken the past two years and the hot water boiler "was in severe need of repair." Declaration at ¶ 8(b) and (d).

      d.  The Apartment Complex's swimming pool had been closed for nearly a decade because of repair issues. Declaration at ¶ 8(c).

      e.  The Apartment Complex had no pest control contracts.  Declaration at ¶ 8(h).

      f.  In addition, the Receiver had to relocate tenants in two buildings because of electrical issues that "present a significant life safety hazard to the Property's residents." Declaration at ¶ 9.

      g.  The Receiver also reported that the Debtor was not meeting its payroll obligations and that it had ceased "ordinary course rent-collection and vendor payments." Declaration at ¶ 8(i) and ¶ 13.

      h.  Since his appointment, the Receiver has expended significant funds to address the Apartment Complex's issues and is currently obtaining estimates to fix the electric issues in the two buildings.  Declaration at ¶ 9-11.

***Debtor has not provided adequate proof of liability or property insurance to the United States Trustee***

11. On October 23, 2025, United States Trustee Auditor Reinhard Freimuth ("**Mr. Freimuth**") conducted an initial debtor interview with Mr. Delmendo and Debtor's counsel Robert DeMarco ("**Mr. DeMarco**").

12. While the Debtor provided Mr. Freimuth with certificates of commercial property and liability insurance for the Apartment Complex,[1] Mr. Delmendo informed Mr. Freimuth that the Debtor had canceled its property and liability insurance on the Apartment Complex following the Receiver's appointment.

13. In addition, the insurance that the Debtor provided to the United States Trustee listed Delmendo Villas, LLC, and not the Debtor, as the named insured.

14. The United States Trustee has information and belief that there is forced-place insurance on the Apartment Complex.

15. As of the filing of this Motion, the United States Trustee has not received proof of liability or property insurance on the Apartment Complex.

## LEGAL ANALYSIS

16. Under § 1112(b), the Court "shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause." 11 U.S.C. §1112(b)(1).

17. A case may be dismissed when a debtor fails "to maintain appropriate insurance that poses a risk either to the estate or to the public." 11 U.S.C. § 1112(b)(4)(C). The Supreme Court has held that the estate may be liable for any damages resulting from negligence. *Reading Co. v.*

---

[1] The United States Trustee also requires the binder/declaration pages of the policies as the certificates of insurance do not show whether the named insured has been updated on the actual policies with the underwriter.

*Brown,* 391 U.S. 471, 481 (1968) ("***Reading***").  While *Reading Co. v. Brown* was decided under

the old Bankruptcy Act, the Fifth Circuit cited to *Reading* to support the principle that the estate

may be liable for administrative costs incurred through a trustee's failure to act.  *See, e.g., Texas*

*v. Lowe (In re HLS Energy Co.)*, 151 F.3d 434 (5th Cir. 1998) (bankruptcy estate liable for costs

state incurred when trustee did not plug wells).

18.      In addition, a debtor's failure to timely provide information "reasonably requested by the

United States" constitutes additional cause for dismissal.  11 U.S.C. § 1112(b)(4)(H).

19.      Local Bankruptcy Rule 2020-1 provides:

> The United States Trustee may from time to time publish and file
> with the Bankruptcy Clerk guidelines on matters such as insurance,
> operating reports, bank accounts and money of estates and other
> subjects pertaining to the administration of chapter 11 cases. Failure
> to comply with the requirements of these guidelines may constitute
> cause justifying the appointment of a trustee, or dismissal or
> conversion of the case pursuant to 11 U.S.C. § 1112(b).

20.      The United States Trustee's *Guidelines for Chapter 11 Cases*[2] (the "***Guidelines***") require

debtors to provide the United States Trustee proof of adequate insurance coverage, which include

a minimum both property and liability insurance. *Guidelines* at § VII.  The *Guidelines* further

provide:

> Sufficient proof of insurance consists of an insurance binder and/or declaration
> pages that contains the debtor as named insured (exactly as on the petition), the type
> of insurance policy, the insurance policy period, the amounts of coverage, and the
> property or location to be insured. Certificates of insurance are not considered
> sufficient proof of insurance. Additional proof of insurance is required when there
> is a renewal, a change of policy, or a lapse of coverage.

*Guidelines* at VII.

21.      The Debtor has admitted that it does not currently maintain its own property or liability

---

[2] *Guidelines for Chapter 11 Cases Operating Instructions and Reporting Requirements Northern & Eastern Districts of Texas Region 6,* dated February 2024, may be found at
https://www.justice.gov/ust/media/1337916/dl?inline.

**United States Trustee's Motion to Dismiss under 11 U.S.C. § 1112(b)**                                    **Page 5 of 8**

insurance for the Apartment Complex. Instead, the Debtor has referred the United States Trustee to the Lender or Receiver for copies of the forced place insurance. However, it is the Debtor's responsibility, not the Lender's or Receiver's, to provide proof of adequate insurance to the United States Trustee. In addition, forced place insurance typically only lists the lender, not the owner, as the named insured. To date, the Debtor has not provided the United States Trustee with proof of adequate liability or property insurance which lists the Debtor as a named insured.

22. This failure to maintain insurance is especially concerning given that the Apartment Complex presents known hazards to its tenants and the public. While the Receiver did significant work to improve the property prior to the Petition Date, significant repairs – including to the electrical system – remain. The Debtor does not have the funds on hand to address these outstanding liabilities. In addition, the Debtor's estate faces exposure from liabilities that could arise due to accident, personal injury, damage, theft or vandalism. Cause exists for dismissal.

### *No likelihood of reorganization and diminution of the estate*

23. The Court may dismiss a case for "substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of reorganization." 11 U.S.C. § 1112(b)(4)(A). The Debtor has no reasonable likelihood of reorganization given that the Debtor's assets are uninsured with a pre-petition state court receiver in place. In addition, the Debtor will need to incur additional administrative expenses to continue repairs to the Apartment Complex, which will diminish the estate. These facts constitute additional cause for dismissal.

### *Conversion not in best interests of creditors and the estates*

24. Given that the Debtor's assets are uninsured and represent a potential liability to the estate, conversion to chapter 7 would not be in the best interests of creditors or the estate.

## CONCLUSION

In conclusion, the United States Trustee respectfully requests that the Court dismiss this case under 11 U.S.C. § 1112(b).  The United States Trustee respectfully requests any additional relief to which she may be entitled.

Dated: November 6, 2025

Respectfully submitted,

LISA L. LAMBERT
UNITED STATES TRUSTEE

*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young
Assistant United States Trustee
Texas State Bar No. 24086345 (Also by New York)
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967 x 1247
elizabeth.a.young@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on November 5, 2025, I conferred with Mr. DeMarco, counsel for the Debtor, who is opposed to the requested relief.  On November 3, 2025, I conferred with Michael Schuster, counsel for the Lender, who supports the requested relief.

*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document was served to all parties entitled to receive ECF notice in this

case on November 6, 2025 and via first class United States mail, postage prepaid to the following

parties below and those listed on the attached service list:

*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young

Sherrel K. Knighton
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue,Suite 800
Dallas, TX 75219

Kyle Cheves
Polsinelli P.C.
2950 N. Harwood Street,Suite 2100
Dallas, TX 75201

Michael Schuster
Polsinelli PC
1401 Lawrence Street,Suite 2300
Denver, CO 80202

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road,Suite 850
Dallas, TX 75251

Label Matrix for local noticing
0539-3
Case 25-33888-swe11
Northern District of Texas
Dallas
Wed Nov  5 13:53:35 CST 2025

Dallas County
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
c/o Sherrel K. Knighton
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

VDR Multifamily LLC
12410 Hwy 16 E
Shirley, AR 72153-9001

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

360 Apartment Renovations, LLC
750 N Saint Paul Street, Suite 250 PMB 4
Dallas, TX 75201-3206

ACIS; Team Services
1028 N. McDonald St.
Mckinney, TX 75069-2144

ASAP Personnel
PO Box 4210
Portsmouth, NH 03802-4210

ASAP Personnel, Inc
3939 Beltline Road, Suite 500
Addison, TX 75001-5853

Adam Pelayo
8117 Barclay St. 8135-116
Dallas, TX 75227-8612

Advantage Water Engineering LLC
9113 Sovereign Row
Dallas, TX 75247-4515

Akiba Domingo
8117 Barclay St. 8147-239
Dallas, TX 75227-8612

Alberto Salinas
8117 Barclay St. 8135-214
Dallas, TX 75227-8612

Alejandro Garcia Martinez
8117 Barclay St. 8149-145
Dallas, TX 75227-8612

All Floors Carpet Cleaning
607 Rankin Cir N
Houston, TX 77073-4309

Allison Reed
8117 Barclay St. 8139-123
Dallas, TX 75227-8612

Alma Gloria Rodriguez
8117 Barclay St. 8149-242
Dallas, TX 75227-8612

Angela Johnson
8117 Barclay St. 8127-160
Dallas, TX 75227-8612

Angela Robertson
8117 Barclay St. 8133-112
Dallas, TX 75227-8612

Apartments.com
3438 Peachtree Road NE, Suite 1500
Atlanta, GA 30326-1573

Armando Morales
8117 Barclay St. 8133-212
Dallas, TX 75227-8612

Arturo Triana
8117 Barclay St. 8139-122
Dallas, TX 75227-8612

Ashunti ns
8117 Barclay St. 8141-227
Dallas, TX 75227-8612

Asset Plus USA LLC
950 Corbindale Road, Suite 77024-2849

Berick Rogers
8117 Barclay St. 8157-166
Dallas, TX 75227-8612

Betty Ransom
8117 Barclay St. 174
Dallas, TX 75227-8612

Blanca Martinez
8117 Barclay St. 8129-164
Dallas, TX 75227-8612

Brian Roberts
8117 Barclay St. 8155-151
Dallas, TX 75227-8612

CXC Talent Solutions
15400 Knoll Trail Dr Ste 591
Dallas, TX 75248-6924

Candace Reece
8117 Barclay St. 8143-131
Dallas, TX 75227-8612

Cano Electric Inc
7400 Whitehall St
Fort Worth, TX 76118-6426

Carlos Brito
8117 Barclay St. 8137-221
Dallas, TX 75227-8612

Cedriko Rogue
8117 Barclay St. 8131-108
Dallas, TX 75227-8612

Cenkenthial D. Joiner
c/o Jim Adler & Associates
Cityplace Tower LB 40
2711 N. Haskell Ave. Ste. 2500
Dallas, TX 75204-2939

Cenkenthial Joiner
8117 Barclay St. 8127-261
Dallas, TX 75227-8612

Cesar Leal Rodriguez
8117 Barclay St. 8155-152
Dallas, TX 75227-8612

Charnita Moore
8117 Barclay St. 8139-124
Dallas, TX 75227-8612

Chelsea Carlson
8117 Barclay St. 8127-161
Dallas, TX 75227-8612

Chemsearch FE
2727 Chemsearch Blvd
Irving, TX 75062-6454

Chris Nelson
8111 Douglas Avenue
Dallas, TX 75225-6606

Christie Emmesberger
8117 Barclay St. 8143-132
Dallas, TX 75227-8612

Commercial Chemical Products Inc
Houston, TX 77043

Corevest American Finance Lender LLC
4 Park Plaza, Suite 900
Irvine, CA 92614-2551

Daleth Luna
8117 Barclay St. 8151-147
Dallas, TX 75227-8612

Dallas Automatic Gate, Inc
2533 Franklin Dr
Mesquite, TX 75150-6300

Dallas County
C/O Linebarger, Goggan, et al.
2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207-2328

Daniel Gutierrez
8117 Barclay St. 8147-139
Dallas, TX 75227-8612

David De La Rosa
8117 Barclay St. 8151-148
Dallas, TX 75227-8612

Debra Johnson
8117 Barclay St. 8145-134
Dallas, TX 75227-8612

Demarlin Harris
8117 Barclay St. 8151-149
Dallas, TX 75227-8612

Deonte Banks Sr
8117 Barclay St. 8149-144
Dallas, TX 75227-8612

Deshawn Swanson
8117 Barclay St. 8137-220
Dallas, TX 75227-8612

Diana Portillo
8117 Barclay St. 8141-129
Dallas, TX 75227-8612

Dixie Interiors
3100 Roy Orr Blvd, #160
Grand Prairie, TX 75050-7121

Doroteo Galvez
8117 Barclay St. 8139-223
Dallas, TX 75227-8612

Douglas Pineda Morales
8117 Barclay St. 8151-246
Dallas, TX 75227-8612

E-Armando Delgado
8117 Barclay St. 8127-258
Dallas, TX 75227-8612

Ebony Brantley
8117 Barclay St. 8127-159
Dallas, TX 75227-8612

Edith Campuzano
8117 Barclay St. 8147-141
Dallas, TX 75227-8612

Elise A.I. Technologies Corp.
1101 Connecticut Ave NW STE 450
Washington, DC 20036-4359

Enrique Benito
8117 Barclay St. 8141-229
Dallas, TX 75227-8612

Erick Castillo
8117 Barclay St. 8153-155
Dallas, TX 75227-8612

Ethan Davis
8117 Barclay St. 8147-241
Dallas, TX 75227-8612

Falcon Rappaport & Berkman LLP
265 Sunrise Hwy. Ste. 50
Rockville Centre, NY 11570-4912

Filibrto Vasquez
8117 Barclay St. 8129-265
Dallas, TX 75227-8612

Foresight Asset Management  LLC
7334 Blanco Rd Suite 100
San Antonio, TX 78216-4933

Gatewise Incorporated
2900 Weslayan Street
Houston, TX 77027-5128

Great American Financial Services Corp
PO Box 660831
Dallas, TX 75266-0831

Gwendolyn Quarles
8117 Barclay St. 8145-234
Dallas, TX 75227-8612

Impact Floor of Texas, LLC
5325 E. Belt Line Road Ste. 200
Carrollton, TX 75006

Inocente Zuniga
8117 Barclay St. 8149-142
Dallas, TX 75227-8612

Irma Salinas
8117 Barclay St. 8137-121
Dallas, TX 75227-8612

J National
2445 Midway Road Ste. 200A
Carrollton, TX 75006-2555

JD Renovation & Maintenance Service LLC
1889 Helen Lane
Lewisville, TX 75067-6159

Javier Navarrete
8117 Barclay St. 8135-215
Dallas, TX 75227-8612

Jennifer Ortiz
8117 Barclay St. 8149-245
Dallas, TX 75227-8612

Jessica Garcia
8117 Barclay St. 8155-150
Dallas, TX 75227-8612

Jesus Jimenez Novoa
8117 Barclay St. 8157-266
Dallas, TX 75227-8612

Jose Berrios
8117 Barclay St. 8145-237
Dallas, TX 75227-8612

Jose Hernandez
8117 Barclay St. 8157-167
Dallas, TX 75227-8612

Jose Rodriguez Ipina
8117 Barclay St. 8145-235
Dallas, TX 75227-8612

Josefina Zamamipa
8117 Barclay St. 8129-162
Dallas, TX 75227-8612

Juan Hernandez
8117 Barclay St. 8155-253
Dallas, TX 75227-8612

Juan Jaramillo
8117 Barclay St. 8135-117
Dallas, TX 75227-8612

Juan Navarro-Ambris
8117 Barclay St. 8159-171
Dallas, TX 75227-8612

Juan Rodriguez Vallejos
8117 Barclay St. 8143-231
Dallas, TX 75227-8612

Juan Yanez
8117 Barclay St. 8157-169
Dallas, TX 75227-8612

Kevin Anderson
8117 Barclay St. 8149-243
Dallas, TX 75227-8612

Kyra Penegar
8117 Barclay St. 8149-143
Dallas, TX 75227-8612

LaSharon Taylor
8117 Barclay St. 8157-268
Dallas, TX 75227-8612

Lagail Ritter
8117 Barclay St. 8131-106
Dallas, TX 75227-8612

Lamesha Ellis
8117 Barclay St. 8157-269
Dallas, TX 75227-8612

Laura Briones
8117 Barclay St. 8149-244
Dallas, TX 75227-8612

Lewis Peteet
8117 Barclay St. 8131-105
Dallas, TX 75227-8612

Linda Wright Wright
8117 Barclay St. 8131-205
Dallas, TX 75227-8612

Linebarger Goggan Blair & Sampson LLP
900 Arion Parkway Ste. 104
San Antonio, TX 78216-2872

Los Angeles County Tax Assessor Collector
Kenneth Hahn Hall OF Admin.
500 West Temple St.
Los Angeles, CA 90012-3199

Luis Navarrete Diaz
8117 Barclay St. 8143-130
Dallas, TX 75227-8612

MJTR Contractor
2445 Midway Road, Suite 200
Carrollton, TX 75006-2547

Manuel Tafolla
8117 Barclay St. 8141-128
Dallas, TX 75227-8612

Maria Diera
8117 Barclay St. 8129-262
Dallas, TX 75227-8612

Maria Ordonez
8117 Barclay St. 8145-137
Dallas, TX 75227-8612

Maria Rincon
8117 Barclay St 8121-102
Dallas, TX 75227-8612

Maribel Salazar
8117 Barclay St. 8159-271
Dallas, TX 75227-8612

Marlene Ceja
8117 Barclay St. 8151-248
Dallas, TX 75227-8612

Martha Ibanez
8117 Barclay St. 8137-119
Dallas, TX 75227-8612

Martin Ortiz Arzola
8117 Barclay St. 8145-135
Dallas, TX 75227-8612

Martin Zarate
8117 Barclay St. 8153-257
Dallas, TX 75227-8612

Meliton Martinez
8117 Barclay St. 8159-170
Dallas, TX 75227-8612

Miguel Castro
8117 Barclay St. 8127-158
Dallas, TX 75227-8612

Montravius Williams
8117 Barclay St. 8145-236
Dallas, TX 75227-8612

Nationwide Compliant LLC
2035 Lakeside Way, Suite 250
Knoxville, TN 37931

Need It Now Plumbing
522 Renee Lane
Desoto, TX 75115-5128

Nicole Davis
8117 Barclay St. 8133-110
Dallas, TX 75227-8612

Noel Vega
8117 Barclay St. 8157-168
Dallas, TX 75227-8612

Norma Hernandez
8117 Barclay St. 8135-114
Dallas, TX 75227-8612

OMB Complete Lawn Service, Inc.
PO Box  211151
Dallas, TX 75211-4302

Omar Ramirez
8117 Barclay St. 8157-267
Dallas, TX 75227-8612

Oscar Mejia
8117 Barclay St. 8131-107
Dallas, TX 75227-8612

P.E. Pennington & Co., Inc.
c/o Mark H. How
1808 S. Goodlatimer Expwy Ste. 216
Dallas, TX 75226-2203

Penn Apartment Staffing, LLC
10300 N. Central Expwy. Ste. 520
Dallas, TX 75231-8676

| | | |
|---|---|---|
| Perstefanie Sparks Brooks<br>8117 Barclay St. 8133-109<br>Dallas, TX 75227-8612 | Polsinelli<br>Attn: P. Kyle Cheves<br>4020 Maple Avenue, Suite 300<br>Dallas, TX 75219-3320 | Possession Partner<br>4620 Woodland Corporate Blvd<br>Tampa, FL 33614-2415 |
| Premier Mechanical DFW, LLC<br>2931 N. Stemmons Freeway<br>Dallas, TX 75247 | Priscilla Guzman<br>8117 Barclay St. 8155-153<br>Dallas, TX 75227-8612 | Quantezia Hollins-Andrews<br>8117 Barclay St. 8133-210<br>Dallas, TX 75227-8612 |
| RAB, Inc<br>Attn: Legal Dept.<br>4450 Sojourn Rd. Ste. 300<br>Addison, TX 75001-5043 | RASA Floors & Carpet Cleaning, LLC<br>P.O. Box 110067<br>Carrollton, TX 75011-0067 | REDI Carpet Inc<br>10101 Fountaingate Dr<br>Stafford, TX 77477-3172 |
| Raul Garza Jr<br>8117 Barclay St. 8151-247<br>Dallas, TX 75227-8612 | (p)REALPAGE INC<br>2201 LAKESIDE BOULEVARD<br>RICHARDSON TX 75082-4305 | Ricky Sterling<br>8117 Barclay St. 8159-173<br>Dallas, TX 75227-8612 |
| Rodolfo Resendiz<br>8117 Barclay St. 8143-232<br>Dallas, TX 75227-8612 | Rodshae Reed<br>8117 Barclay St. 8129-264<br>Dallas, TX 75227-8612 | Rosalva Valdivia<br>8117 Barclay St. 8155-250<br>Dallas, TX 75227-8612 |
| Ross & Matthews<br>3650 Lovell Ave.<br>Fort Worth, TX 76107-5638 | Ruben Fraire<br>8117 Barclay St. 8135-115<br>Dallas, TX 75227-8612 | Ruben Romo<br>8117 Barclay St. 8153-157<br>Dallas, TX 75227-8612 |
| Ruiz Juarez<br>8117 Barclay St. 8141-229<br>Dallas, TX 75227-8612 | Saul Martinez<br>8117 Barclay St. 8131-207<br>Dallas, TX 75227-8612 | Shalletta Brown<br>8117 Barclay St. 8137-219<br>Dallas, TX 75227-8612 |
| Shenequil Farrar<br>8117 Barclay St. 8153-154<br>Dallas, TX 75227-8612 | Sirenia Cortez<br>8117 Barclay St. 8139-222<br>Dallas, TX 75227-8612 | Suryanaarayana Kondreddi<br>8117 Barclay St. 8133-211<br>Dallas, TX 75227-8612 |
| TaKeevia Pride<br>8117 Barclay St. 8141-127<br>Dallas, TX 75227-8612 | Tabutoi Trujillo<br>8117 Barclay St. 8159-172<br>Dallas, TX 75227-8612 | Tecorian Brown<br>8117 Barclay St. 8143-133<br>Dallas, TX 75227-8612 |
| Teniqua Simmons<br>8117 Barclay St. 8133-111<br>Dallas, TX 75227-8612 | Teresa Lubkeman<br>8117 Barclay St. 8127-260<br>Dallas, TX 75227-8612 | Texas Plumber Pros Inc<br>3522 Dividend Dr<br>Garland, TX 75042-7606 |

Thelma Wilson
8117 Barclay St. 8121-104
Dallas, TX 75227-8612

Thomas Shaw
8117 Barclay St. 8127-259
Dallas, TX 75227-8612

Tomas Garcia
8117 Barclay St. 8147-240
Dallas, TX 75227-8612


Trigild IVL LLC
P.O. Box 8080
Carlsbad, CA 92018-8080

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Uralia Campos
8117 Barclay St. 8153-256
Dallas, TX 75227-8612


Valletta Saddler
8117 Barclay St. 8135-217
Dallas, TX 75227-8612

Verfifed Response Security & Investigations
10909 Sanden Dr Ste 200
Dallas, TX 75238-5394

Veronica Rodriguez
8117 Barclay St. 8141-126
Dallas, TX 75227-8612


Victor Aguilar Reyes
8117 Barclay St. 8153-256
Dallas, TX 75227-8612

Zindy Espinoza
8117 Barclay St. 8129-165
Dallas, TX 75227-8612

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Realpage, Inc
2201 Lakeside Blvd
Richardson, TX 75082


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Wilmington Trust, National Association, as

(d)Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

End of Label Matrix
Mailable recipients    161
Bypassed recipients      2
Total                  163